# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 98 MM 2021 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| RAFAEL HERNANDEZ, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 8th day of December, 2021, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED.  Petitioner has 30 days in which to file a Petition for Allowance of Appeal.